## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| In Re: | ) | |
|---|---|---|
| **Sarah Virginia Flowers Melton** | ) | **NOTICE TO CREDITORS** |
| | ) | **AND** |
| | ) | **PROPOSED PLAN** |
| SS#   xxx-xx-0258 | ) | |
| SS# | ) | Case No.  **15-50650** |
| Debtor(s) | ) | |

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  _June 25, 2015_ .

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS.  IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.     Payments to the Trustee:  The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of  __60__  consecutive months by means of monthly payments of  _$770.00_ , for distribution to creditors after payment of costs of administration.

2.     Payments made directly to creditors:  The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | **-NONE-** | |

3.     Disbursements by the Trustee:  The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

(A)     The following priority claims shall be paid in full by means of deferred payment:
        **-NONE-**

(B)     The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|

(C)     The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **HH Gregg/SYNCB** | Stove, refrigerator, freezer  Market Value= $1,000.00 | $1000.00 @ 5.25% prorata |
| **United Consumer Financial Svcs** | Vacuum  Market Value= $100.00 | $100.00 @ 5.25% prorata |
| **Lendmark Financial Services LLC - Judgment** | Residence: 1001 West 25th St, Winston Salem NC  Market Value= $40,000.00 | $3300.00 @ 8% prorata |
| **TD  Auto Finance** | 2014 Chevrolet Equinox LS [10,700+ miles]  Market Value= $19,665.00 | AP = $195.00  $28,300.00 @ 5.25% prorata |

(D)     The following co-signed claims shall be paid in full by monthly payments:
        **-NONE-**

(E)     The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| -NONE- | | |

            (F)      After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than  0  % and is estimated to be  15  % or a dividend sufficient to ensure that general unsecured creditors receive as much as would be received through liquidation of assets in a Chapter 7 case estimated to be $2925.00.

4.        <u>Property to be surrendered</u>:  The following property will be returned to the secured creditor:

| Creditor | Collateral |
|---|---|
| -NONE- | |

    (name of creditor and description of property)

5.        The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| -NONE- | | |

6.        Other proposed provisions are as follows:
**a. Debtor(s) shall make direct Plan payments.**
**b. Debtor's son shall continue direct payments to Capital One/Kawasaki on the loan secured by the 2010 Kawasaki motorcycle.**

Date:   06/25/2015

**/s/ Wendell "Wes" Schollander, III**
**Wendell "Wes" Schollander, III NC28062**
Attorney for the Debtor
Address:     **2000 W. First Street, Suite 308**
              **Winston-Salem, NC 27104**
Telephone:  **336-727-0900**
State Bar No.  **NC28062**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| **Sarah Virginia Flowers Melton** | ) | **NOTICE TO CREDITORS** |
| | ) | **AND** |
| | ) | **PROPOSED PLAN** |
| SS#    xxx-xx-0258 | ) | |
| SS# | ) | Case No. _____ |
| Debtor(s) | ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Bank of America - Credit Card**
**Attn: Bankruptcy**
**PO Box 982235**
**El Paso, TX 79998**

**Belk/Synchrony Bank**
**Bankruptcy Notice**
**PO Box 965060**
**Orlando, FL 32896-5060**

**Capital One Retail/Kawasaki**
**PO Box 30257**
**Salt Lake City, UT 84130-0257**

**Forsyth County Clerk of Court**
**File #15-cvm-3568**
**P.O. Box 20099**
**Winston Salem, NC 27120**

**Forsyth County Tax Collector**
**P.O. Box 82**
**Winston Salem, NC 27102**

**GAP Visa/Synchrony Bank**
**PO Box 965060**
**Orlando, FL 32896-5060**

**HH Gregg/SYNCB**
**PO Box 965061**
**Orlando, FL 32896-5061**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**JCPenney/Synchrony Bank**
**Bankruptcy Notice**
**PO Box 965008**
**Orlando, FL 32896-5008**

**LabCorp**
**P.O. Box 2240**
**Burlington, NC 27216**

**Lendmark Financial Services LLC**
**400 E Hanes Mill Rd**
**Winston Salem, NC 27105**

**Monitronics**
**PO Box 814530**
**Dallas, TX 75381-4530**

**NC Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27640**

**Novant Health**
**Dept. of Forsyth Medical Ctr**
**PO Box 30143**
**Charlotte, NC 28230-0143**

**Old Navy/Synchrony Bank**
**Attn:  Bankrutpcy Dept.**
**PO Box 965060**
**Orlando, FL 32896-5060**

**Pathologists Diagnostic Laboratory**
**PO Box 4137**
**Florence, SC 29502-4137**

**TD  Auto Finance**
**PO Box 9223**
**Farmington, MI 48333-9223**

**United Consumer Financial Svcs**
**865 Bassett Road**
**Westlake, OH 44145-1142**

**Wal-Mart/Synchrony Bank**
**Bankrutpcy Notice**
**PO Box 965060**
**Orlando, FL 32896**

Date:  06/25/2015

**/s/ Wendell "Wes" Schollander, III**
**Wendell "Wes" Schollander, III NC28062**